WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A8,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>Defendants. | Case No.: 2:19-cv-00584-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>[First Request] |

Plaintiff, U.S. Bank, National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8 ("U.S. Bank"), and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their respective attorneys of records, and hereby agree and stipulate as follows.

1. On July 23, 2019, Fidelity filed a Motion to Dismiss [ECF No. 6] ("Motion");

2. U.S. Bank's response to Fidelity's Motion is due August 6, 2019;

3. U.S. Bank's counsel is requesting an additional thirty (30) days to file its response to Fidelity's Motion, and thus requests up to September 5, 2019, to file an Opposition;

4. This extension is requested to allow Counsel for U.S. Bank additional time to review and respond to the points and authorities cited to in Fidelity's Motion.

5. Counsel for Fidelity does not oppose this extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 2nd of August, 2019.<br><br>WRIGHT, FINLAY & ZAK, LLP<br><br>*/s/ Lindsay D. Robbins*<br>Matthew S. Carter, Esq.<br>Nevada Bar No. 9524<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff U.S. Bank, National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8* | DATED this 2nd of August, 2019.<br><br>EARLY SULLIVAN WRIGHT GIZER & McRAE LLP<br><br>*/s/ Sophia S. Lau*<br>Kevin S. Sinclair, Esq.,<br>Nevada Bar No. 12277<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated August 2, 2019.

                                                UNITED STATES DISTRICT COURT JUDGE