Kevin S. Sinclair, Esq., Nevada Bar No. 12277
  *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Specially Appearing Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCATION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-00584-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(First Request)** |



**STIPULATION AND ORDER REEXTENSION OF DISCOVERY DEADLINES**

1

522595.1

Plaintiff U.S. Bank National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8 ("U.S. Bank") and specially appearing Defendant Fidelity National Title Insurance Company ("Fidelity," and with U.S. Bank, the "Parties"), by and through their counsel of record, hereby submit their Stipulation to Extend Discovery Deadlines by twenty-eight (28) days in accordance with Local Rule 26-4 and Local Rule IA 6-1.

In accordance with Local Rule 26-4, this Stipulation has been brought in good faith, with good cause, is the first request for an extension of time to the discovery deadlines and is not intended to cause delay.

**(a) A statement specifying the discovery completed:**

On September 18, 2019, Fidelity and U.S. Bank conducted the Fed. R. Civ. P. 26(f) conference. Thereafter, Fidelity and U.S. Bank promptly submitted their proposed Joint Discovery Plan and Scheduling Order on September 23, 2019 [ECF No. 13]. On September 24, 2019, the Court entered the Discovery Plan and Scheduling Order [ECF No. 14] with the following deadlines:

- Initial disclosures: October 11, 2019;
- Amend pleadings/add parties: October 23, 2019;
- Initial experts: November 22, 2019;
- Interim status report: November 22, 2019;
- Rebuttal experts: December 20, 2019;
- Discovery cutoff: January 21, 2020;
- Dispositive motions: February 20, 2020; and
- Joint proposed pretrial order: March 23, 2020, or 30 days after resolution of dispositive motions.

Thereabouts and thereafter, the Parties completed the following discovery:

- U.S. Bank's Initial Disclosures and Document Production, October 11, 2019;
- Fidelity's Initial Disclosures, October 11, 2019;
- U.S. Bank's First Set of Interrogatories to Fidelity, October 22, 2019;



522595.1

**2**
**STIPULATION AND ORDER RE EXTENSIONOF DISCOVERY DEADLINES**

- U.S. Bank's First Set of Requests for Admissions to Fidelity, October 22, 2019;
- U.S. Bank's First Set of Requests for Production to Fidelity, October 22, 2019;

**(b) A specific description of the discovery that remains to be completed:**

The Parties need to conduct the following discovery:

- The Parties' initial expert disclosure;
- The Parties' rebuttal expert disclosure;
- Subpoenas to third parties;
- Fidelity's Responses to U.S. Bank's First Set of Interrogatories, Requests for Production, and Requests for Admission, currently due on November 25, 2019;
- Written discovery from Fidelity to U.S. Bank;
- Deposition of Fidelity's Rule 30(b)(6) designee;
- Deposition of U.S. Bank's Rule 30(b)(6) designee;
- Depositions of various fact witnesses and experts; and
- Such other discovery that may be deemed necessary or appropriate.

**(c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan:**

The Parties are requesting a 28-day extension to the discovery deadlines because Fidelity's counsel only recently became aware that it has multiple trials that are confirmed for November 25, 2019 and December 3, 2019 on other matters, and need additional time to work with its expert prior to the current initial expert disclosure deadline of November 22, 2019. Additionally, counsel for U.S. Bank will be out-of-town beginning November 26, 2019, returning to the office on December 9, 2019. Given that both U.S. Bank and Fidelity utilize the same respective experts in a handful of matters pending before the Court and there are several expert report deadlines in December upon counsel for U.S. Bank's return on December 9, 2019, the Parties request a 28-day extension to the discovery deadlines so that the new initial expert disclosure deadline falls on December 20, 2019.

In accordance with Local Rule 26-4, good cause exists for this extension as Fidelity's counsel only recently learned that the trials set for November 25, 2019 and December 3, 2019,

will be going forward and need additional time to work with the expert before the current initial expert disclosure deadline of November 22, 2019. The current deadline of November 22, 2019 does not provide Fidelity's counsel and its expert enough time to prepare and produce its initial expert report given that Fidelity is currently undergoing trial preparations. An extension of 28-days would afford the Parties' counsel and experts sufficient opportunity to prepare, finalize, and produce their expert reports in this matter in light of Fidelity's counsel's upcoming trials, the Thanksgiving holiday and U.S. Bank's counsel's pre-planned trip.

**(d) A proposed schedule for completing all remaining discovery.**

The Parties request that current Discovery Plan and Scheduling Order [ECF No. 14], be amended as follows:

1. Last Day to Disclose Initial Expert Report: currently November 22, 2019, **desired December 20, 2019;**
2. Last Day to Disclose Rebuttal Experts: currently December 20, 2019, **desired January 17, 2020;**
3. Last Day to Complete Discovery: currently January 21, 2020; **desired February 18, 2020;**
4. Last Day to File Dispositive Motions: currently February 20, 2020; **desired March 19, 2020;** and
5. Last Day to File Joint Pre-Trial Order: currently March 23, 2020, **desired April 20, 2020**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after a decision of the dispositive motions. The disclosures required by FRCP 26(a)(3), and any objections thereto, shall be included in the pretrial order.

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED this 18th day of November, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, US Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes*

DATED November 19, 2019

DATED this 18th day of November, 2019.

**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Specially Appearing Defendant Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE