# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>  Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>  Defendant(s). | Case No. 2:19-cv-00584-JCM-NJK<br><br>**Order**<br><br>(Docket Nos. 31, 33) |

Pending before the Court are the parties' stipulations to amend and to extend the deadline to file a joint proposed discovery plan. Docket Nos. 31, 33. The parties request that Plaintiff be given 30 days from the entry of this order to file an amended complaint and that Defendants be given 30 days to respond to Plaintiff's amended complaint. Docket Nos. 31 at 2, 33 at 2. Generally, a defendant has 21 days to file a responsive pleading after being served with a complaint. Fed. R. Civ. P. 12(a). The parties have not given the Court any reason to modify this deadline.

Accordingly, the parties' stipulation to amend is **GRANTED** in part. Docket No. 31. Plaintiff must file an amended complaint by October 31, 2022, and Defendant must file an answer by November 30, 2022.

The parties' stipulation to extend the deadline to file a joint proposed discovery plan is **GRANTED**. Docket No. 33. The parties must file a joint proposed discovery plan by December 28, 2022.

IT IS SO ORDERED.

Dated: September 29, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1