WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A8,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>Defendant. | Case No.: 2:19-cv-00584-JCM-NJK<br><br>**ORDER TO EXTEND TIME PERIOD TO FILE AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to the Court's Order dated September 29, 2022, Plaintiff, U.S. Bank, National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8 ("U.S. Bank") was granted leave to amend its Complaint by October 31, 2022 [ECF No. 34].  U.S. Bank requests a brief four-day extension until November 4, 2022 to file its Amended Complaint, as Counsel for U.S. Bank needs additional time to review the file to prepare its allegations and claims. Counsel for Defendants do not oppose the request for an extension.

1  Accordingly, the Parties stipulate and agree to an extension of time for U.S. Bank to file its Amended Complaint through and including November 4, 2022. This is the Parties' first request for an extension, which is made in good faith and not for the purpose of undue delay or to prejudice any party.

**IT IS SO STIPULATED.**

| DATED this 31st day of October, 2022. | DATED this 31st day of October,, 2022. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Dragon, Esq.* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Plaintiff, U.S. Bank, National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8* | */s/ Sophia S. Lau* <br> Sophia S. Lau, Esq. <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendants, Fidelity National Title Insurance Company and Lawyers Title Insurance Corporation* |

**IT IS SO ORDERED.**

Dated this __1st__ day of __November__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE