Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY
AND FIDELITY NATIONAL TITLE INSURANCE
COMPANY, SUCCESSOR BY MERGER TO LAWYERS
TITLE INSURANCE CORPORATION

DESIGNATED LOCAL COUNSEL FOR SERVICE
OF PROCESS ONLY PER L.R. IA 11-1(b)(2)(ii)

Janet Trost, Esq., State Bar No. 4072
501 S. Rancho Drive
Suite H-56
Las Vegas, NV 89106

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 2:19-cv-00584-JCM-NJK<br><br>**MOTION TO SUBSTITUTE SINCLAIR BRAUN LLP'S DESIGNATED ATTORNEY FOR SERVICE OF PAPERS, PROCESS, OR PLEADINGS AND TO REMOVE GARY L. COMPTON, ESQ. FROM THE COURT'S E-SERVICE LIST** |

    Attorney Kevin S. Sinclair of Sinclair Braun LLP ("Sinclair Braun"), who is counsel of record for Defendants Fidelity National Title Insurance Company and Fidelity National Title Insurance Company, successor by merger to Lawyers Title Insurance Corporation, is an attorney who is admitted to practice in Nevada but who does not maintain an office in Nevada. Pursuant to Local Rule IA 11-1(b)(2)(ii), Sinclair Braun had designated attorney Gary L. Compton as the Nevada attorney maintaining an office in Nevada for service of papers, process, or pleadings. Sinclair Braun wishes to designate attorney Janet Trost, Esq., whose address is 501 S. Rancho Drive, Suite H-56, Las Vegas, NV 89106, as Sinclair Braun's designated local attorney for



service of papers, process, or pleadings. Defendants Fidelity National Title Insurance Company and Fidelity National Title Insurance Company, successor by merger to Lawyers Title Insurance Corporation respectfully move the Court for an order pursuant to Local Rules IA 11-1(b) and IA 11-6 to: (1) substitute Ms. Trost for Mr. Compton Sinclair Braun's designated attorney maintaining an office in Nevada for service of papers, process, or pleadings, and (2) remove Mr. Compton from the Court's electronic service list in this matter.

Dated:  November 23, 2022                    SINCLAIR BRAUN LLP

By:  _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE
COMPANY AND FIDELITY NATIONAL
TITLE INSURANCE COMPANY,
SUCCESSOR BY MERGER TO LAWYERS
TITLE INSURANCE CORPORATION

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 28, 2022

