WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner
Nevada Bar No.8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A8,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00584-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 40]**<br><br>**[Third Request]** |

Plaintiff, U.S. Bank, National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8 ("U.S. Bank") and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 4, 2022, U.S. Bank filed its First Amended Complaint [ECF No. 37];
2. On December, 5, 2022, Fidelity filed a Motion to Dismiss [ECF No. 40];
3. U.S. Bank's deadline to respond to Fidelity's Motion to Dismiss is currently January 11, 2023 [ECF No. 49];

4. U.S. Bank's counsel is requesting a one-week extension until Wednesday, January 18, 2023, to file its response to the pending Motion to Dismiss;

5. This extension is requested to allow counsel for U.S. Bank additional time to finalize its response;

6. Counsel for Fidelity does not oppose the requested extension;

7. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 11th day of January, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank, National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8*

DATED this 11th day of January, 2023.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendant, Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated January 12, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE