Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 2:19-CV-00584-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF FIDELITY NATIONAL TITLE INSURANCE COMPANY'S MOTION TO DISMISS (ECF No. 40)**<br><br>**[FIRST REQUEST]** |

COME NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff U.S. Bank National Association ("U.S. Bank") (jointly, "Parties"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On November 4, 2022, U.S. Bank filed its first amended complaint in the United



1  States District Court, District of Nevada;

2      2.    On December 5, 2022, Fidelity moved to dismiss U.S. Bank's first amended

3  complaint (ECF No. 40);

4      3.    On January 18, 2023, U.S. Bank filed its response to Fidelity's motion to dismiss

5  (ECF No. 52);

6      4.    The deadline for Fidelity to respond in support of its motion to dismiss is currently

7  January 25, 2023;

8      5.    Counsel for Fidelity are requesting a 32-day extension of its deadline to file its

9  reply supporting its motion to dismiss, through and including Monday, February 27, 2023, to

10 afford Fidelity's counsel additional time to review and respond to U.S. Bank's response.

11     6.    Counsel for U.S. Bank does not oppose the requested extension;

12     7.    This is the first request for an extension made by counsel for Fidelity, which is

13 made in good faith and not for the purposes of delay.

14     **IT IS SO STIPULATED** that Fidelity's deadline to file its reply to its motion to dismiss

15 is hereby extended through and including February 27, 2023.

16 Dated:  January 23, 2023    SINCLAIR BRAUN LLP

17     By: _/s/-Kevin S. Sinclair_
    KEVIN S. SINCLAIR
18     Attorneys for Defendant
    FIDELITY NATIONAL TITLE INSURANCE
19     COMPANY

20 Dated:  January 23, 2023    WRIGHT, FINLAY & ZAK, LLP

21     By: _/s/-Lindsay D. Dragon_
    LINDSAY D. DRAGON
22     Attorneys for Plaintiff
    U.S. BANK, NATIONAL ASSOCIATION
23

24 **IT IS SO ORDERED.**

25     Dated January 25, 2023

26     _James C. Mahan_
    THE HON. JAMES C. MAHAN
27     UNITED STATES DISTRICT JUDGE

28



**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS**