Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 2:19-CV-00584-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF FIDELITY NATIONAL TITLE INSURANCE COMPANY'S MOTION TO DISMISS (ECF No. 40)**<br><br>**[SECOND REQUEST]** |

COME NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff U.S. Bank National Association ("U.S. Bank") (jointly, "Parties"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On November 4, 2022, U.S. Bank filed its first amended complaint in the United



1 States District Court, District of Nevada;

2     2.    On December 5, 2022, Fidelity moved to dismiss U.S. Bank's first amended
3 complaint (ECF No. 40);

4     3.    On January 18, 2023, U.S. Bank filed its response to Fidelity's motion to dismiss
5 (ECF No. 52);

6     4.    On January 25, 2023, the Court granted the parties' first stipulation to extend the
7 time for Fidelity to file its reply (ECF No. 54), setting a deadline to reply of February 27, 2023;

8     5.    Counsel for Fidelity are requesting a 14-day extension of its deadline to file its
9 reply supporting its motion to dismiss, through and including Monday, March 13, 2023, to afford
10 Fidelity additional time to respond to the arguments advanced by U.S. Bank.

11     6.    Counsel for U.S. Bank does not oppose the requested extension;

12     7.    This is the second request for an extension made by counsel for Fidelity, which is
13 made in good faith and not for the purposes of delay.

14     **IT IS SO STIPULATED** that Fidelity's deadline to file its reply to its motion to dismiss
15 is hereby extended through and including March 13, 2023.

16 Dated: February 16, 2023    SINCLAIR BRAUN LLP

17     By:   */s/-Kevin S. Sinclair*
18     KEVIN S. SINCLAIR
    Attorneys for Defendant
19     FIDELITY NATIONAL TITLE INSURANCE COMPANY

20 Dated: February 16, 2023    WRIGHT, FINLAY & ZAK, LLP

21     By:   */s/-Lindsay D. Dragon*
22     LINDSAY D. DRAGON
    Attorneys for Plaintiff
23     U.S. BANK, NATIONAL ASSOCIATION

24 **IT IS SO ORDERED.**

25     Dated February 21, 2023

26     _____
27     THE HON. JAMES C. MAHAN
    UNITED STATES DISTRICT JUDGE

28



**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS**