WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner
Nevada Bar No.8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net

*Attorneys for Plaintiff, U.S. Bank, National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A8,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.:  2:19-cv-00584-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, U.S. Bank, National Association, as Successor Trustee to Wachovia Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8 and Defendant, Fidelity National Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

1  **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
2  WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 29th day of August, 2023.            DATED this 29th day of August, 2023.

WRIGHT, FINLAY & ZAK, LLP                       SINCLAIR BRAUN LLP


*/s/ Lindsay D. Dragon*                          */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                          Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                             Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                   16501 Ventura Blvd, Suite 400
Las Vegas, NV 89117                              Encino, California 91436
*Attorney for Plaintiff, U.S. Bank, National*    *Attorneys for Defendant, Fidelity National*
*Association, as Successor Trustee to*           *Title Insurance Company*
*Wachovia Bank, N.A., as Trustee for the*
*Certificateholders of the MLMI Trust,*
*Mortgage Loan Asset-Backed Certificates,*
*Series 2005-A8*


**IT IS SO ORDERED.**

DATED: September 5, 2023       _____
                                U.S. DISTRICT JUDGE